ACCEPTED
01-15-00778-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00778-CR

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT OF TEXAS

AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/28/2015 5:46 PM
CHRISTOPHER A. PRINE
Clerk

FILED IN
1st COURT OF APPEALS
HOUSTON, TX
November 30, 2015
CHRISTOPHER A. PRINE,
CLERK

WILBERT JOSEPH LEWIS ,
 Appellant

vs.

THE STATE OF TEXAS, Appellee

§
§
§
§
§
§
§

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

ON APPEAL FROM CAUSE NO. 1458348

IN THE 230TH DISTRICT COURT OF HARRIS COUNTY, TEXAS

Thomas J. Lewis
State Bar No. 12308540
1601 Washington Ave.
Houston, Texas 77007
Phone: (713) 256-6779
Fax:    (713) 861-2951
E-Mail: tjlaw2@comcast.net
ATTORNEY FOR APPELLANT

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW JWILBERT JOSEPH LEWIS , APPELLANT, and moves the Court to extend the time for filing a brief herein, and in support thereof would show as follows:

I.

Appellant was convicted of the offense of Aggravated Robbery with a Deadly Weapon. He was sentenced on August 14, 2015 to a term of 60 years in prison.

II.

The brief herein was due on November 18, 2015.  Appellant's counsel is a sole practitioner and is currently preparing briefs on three other cases. Counsel as also preparing for three felony jury trials set in December  2015.

III.

Appellant counsel requests an extension of 60 days, making the brief due on January 17, 2016, so the Appellant may receive effective assistance of counsel.

WHEREFORE, PREMISES CONSIDERED,  Defendant prays this Court to grant this Motion and extend the time for the filing of a brief herein.

Respectfully submitted,

*Thomas J. Lewis*

Thomas J. Lewis
State Bar No. 12308540
1602 Washington Ave.
Houston, Texas 77007
Phone:     (713) 256-6779
Fax:         (713) 861-2951
E-Mail: tjlaw2@comcast.net
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I the undersigned attorney certify that a true copy of the foregoing was served on the District Attorney of Harris County, Texas, by e-mail on this the 26th day of November, 2015.

_Thomas J. Lewis_

Thomas J. Lewis